1
2
3
4
5
6
7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN BARTHOLOMEW,                          No.  2:13-cv-1500 DAD P

12           Plaintiff,

13       v.                                      ORDER

14   A.V. SOLORZANO,

15           Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an application to

19   proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty

20   days to pay the filing fee in full or submit a properly completed application to proceed in forma

21   pauperis.

22         Plaintiff is cautioned that the in forma pauperis application form includes a section that

23   must be completed by a prison official, and the form must be accompanied by a certified copy of

24   plaintiff's prison trust account statement for the six-month period immediately preceding the

25   filing of this action.

26         In accordance with the above, IT IS HEREBY ORDERED that:

27         1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

28   filing fee or a properly completed application to proceed in forma pauperis on the form provided

1

with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated:  August 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12/mp
bart13cv1500.3a