Kamala D. Harris, State Bar No. 146672
Attorney General of California
Christopher J. Becker, State Bar No. 230529
Supervising Deputy Attorney General
Joanna B. Hood, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4785
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendant Solorzano*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN BARTHOLOMEW,**<br><br>  Plaintiff,<br><br>  v.<br><br>**A. V. SOLORZANO,**<br><br>  Defendant. | 2:13-cv-01500-GEB-DAD<br><br>[PROPOSED] ORDER |

Good cause appearing, Defendant's motion to modify the discovery and scheduling order to vacate the current discovery and dispositive motion deadlines is GRANTED. A modified discovery and scheduling order shall issue after this Court rules on Defendant's pending motion to compel.

Dated: December 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
bart1500.disc.vacate

1

[Proposed] Order (2:13-cv-01500-GEB-DAD)